# Order

February 2, 2021

161241-2(23)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEGASUS WIND, LLC,
      Plaintiff-Appellee,

v

SC: 161241-2
COA: 351532; 351644
Tuscola CC: 19-030703-AA;
19-030723-AA

JUNIATA TOWNSHIP, JUNIATA TOWNSHIP
BOARD OF TRUSTEES, and JUNIATA
TOWNSHIP PLANNING COMMISSION,
      Defendants-Appellants,

and

GREG AND CHERYL ACKERMAN,
LYLE ACKERMAN, ROGER AND DIAN
ADAMS, TIMOTHY AND KRISTI BARBER,
BRADLEY AND GINGER BARNES, CAISTER
FARMS, INC., STELLA CLINESMITH,
CUMMINGS-MONVILLE FARMS LLC,
ZELEM AND BARBARA ESTERLINE, FARM
MANAGEMENT GROUP, LLC, STAN AND
RITA FESSLER III, JOSEPH AND DEBRA
FESSLER, STEVEN FINDLAY, GARNER
LAND CO LLC, RONALD AND INGRID
GOEBEL, GOODCHILD FAMILY FARMS,
LLC, JANSON LAND COMPANY, LARACHA
INVESTMENTS, LLC, CORI MILLER, SUE
LYNN NEARING, VIRGIL NEARING,
BRANDON PALM, HEIKI PALM,
PARAMOUNT ENTERPRISES LAND, PAUL
DOST FARMS, LLC, ROBERT PIKE, DAVID
AND KAREN PRATT, LARRY RUCKLE,
RUSSELL FAMILY LAND COMPANY, LLC,
STARKEY FARMS, INC., ELAINE STOICK,
GORDON AND DONNA TEDFORD, KELLY
WRIGHT, FRED AND ALBERTA HESS, JAN
AND BARB HESS, TOM HESS, HARLEY
MIKKELSON,
      Plaintiffs-Appellees,

v

JUNIATA TOWNSHIP, JUNIATA TOWNSHIP
BOARD OF TRUSTEES, and JUNIATA
TOWNSHIP PLANNING COMMISSION,
        Defendants-Appellants.

_____/

On order of the Court, the motion for reconsideration of this Court's October 27, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2021



a0125

Clerk